## JAMES MERCER'S CASE.

The act of February, 1845, " concerning non-resident insolvent prisoners," is consti-
tutional.

Ex parte James Mercer, jr. Petition for the benefit of the in-solvent act of 1845, by a non-resident, imprisoned at the suit of Jesse Sharpe, a citizen of this State.

*Mr. Wales*, for the imprisoning creditor, opposed the discharge on the ground that the act of 1845 was unconstitutional. 1st. Because it is confined solely to non-residents, and gives them privileges and exemptions not enjoyed equally by our own citizens. 2d. If this act be constitutional it is invalid in relation to a *previous* contract, and as between citizens of different States. (3 *Story's Com.* 256 ; 12 *Wheat. Rep.*)

*Caulk*, contra, cited, 4 *Wheat.* 122 ; *Ingr. Ins.* 176 ; 1 *Harr. Rep.* 466 ; 3 *Ibid* 271 ; 3 *Story's Com.* 252.

The Court ordered the petitioner to be discharged.